UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 26cr10267 |
| v. | Violations: |
| DAVID CZERNIAK, | Count One: Threats in Interstate Commerce (18 U.S.C. § 875(c)) |
| Defendant | Count Two: Threats in Interstate Commerce (18 U.S.C. § 875(c)) |

# INDICTMENT

At all times relevant to this Indictment:

## General Allegations

1. Defendant David CZERNIAK ("CZERNIAK") was a resident of Hatfield, Arkansas.

2. Public Official 1 was a member of the United States Congress. Public Official 1 had offices in Massachusetts and in Washington, D.C.

3. Public Official 2 was a member of the United States Congress. Public Official 2 had offices in Massachusetts and in Washington, D.C.

4. On or about February 7, 2025, CZERNIAK left the following voicemail for Public Official 1 at their Massachusetts office:

> *Yes, [Public Official 1], I would like to hear back from you after this conversation. President Trump put Elon Musk into office to do a job that you fucking Democrats keep stealing from us American citizens. Okay, the USAD, that's a fucking farce. Okay, you guys spend millions of my tax dollars when I, my son-in-law is a disabled veteran who can't get a fucking thing, and you're putting billions of dollars into these fucking illegal aliens. Okay, illegal trespassers. Oh, there's one more thing, you Democrats wanted open borders and you let unconstitutional and you*

*unconstitutionally took my safety away from me and my family by taking open borders. Okay? I'm going to let you know one thing you and any of your family members will pay the consequences and would be responsible if any of these fucking illegal immigrants harm my family and friends in any way. It's called an eye for an eye. This ain't a threat. This is called freedom of speech because you wanted fucking open borders. You took my safety and security away. I'll do the same to you. Okay? Now Obama, Obama sent billions to fucking terrorists, Iran, of my. . .*

5. On or about December 6, 2025, CZERNIAK left the following voicemail for Public Official 2 at their Massachusetts office:

*Yes, please give this message to [Public Official 2] and all your other Democrats. You know, you people think that the American people are blind. You fucking Democrats had open borders endangered the lives of American people and murdered American citizens, and now you're going to say that Trump and Pete Hegseth is, well, you know what you guys want to say, they're endangering America? Fuck you! And you know what the other thing is, is, if you keep your fucking rhetoric, if another ICE agent, federal agent, any of them get hurt, you better watch your fucking backs. It's an eye for an eye, motherfuckers; you're fucking playing with danger. We're tired of you fucking Democrats lying to the American people consistently, consistently. You fucking liars. You better watch your back. It's coming. It's coming to all you guys. Remember what Timothy McVeigh did? Remember what happened to Charlie Kirk? Next time you people stand at a podium, you better fucking duck. You better watch your back, I'm telling you.*

<u>COUNT ONE</u>
Transmitting in Interstate Commerce a Threat to Injure Another
(18 U.S.C. § 875(c))

The Grand Jury charges:

6. The Grand Jury re-alleges and incorporates by reference paragraphs 1-4 of this Indictment.

7. On or about February 7, 2025, in the District of Massachusetts and elsewhere, the defendant,

DAVID CZERNIAK,

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

<u>COUNT TWO</u>
Transmitting in Interstate Commerce a Threat to Injure Another
(18 U.S.C. § 875(c))

The Grand Jury further charges:

8. The Grand Jury re-alleges and incorporates by reference paragraphs 1-3 and 5 of this Indictment.

9. On or about December 6, 2025, in the District of Massachusetts and elsewhere, the defendant,

DAVID CZERNIAK,

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

[redacted]

FOREPERSON

LUCY SUN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: OCTOBER 1, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Alexandra Traganos

DEPUTY CLERK